UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID P. THELEN, on behalf of
COLLETTE L. THELEN, Deceased,

      Plaintiff,

v.                                            Case No. 1:15-cv-66
                                               Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## JUDGMENT

      In accordance with the Opinion filed this date:

      The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

      **IT IS SO ORDERED.**

Dated:  March 25, 2016                      /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge